HOWARD M. GITHENS, Respondent, *v.* PUBLIC INDUSTRIALS CORPORATION, Appellant.

(Argued January 6, 1932; decided February 9, 1932.)

*R. Randolph Hicks* and *William C. Scott* for appellant.
*Rudolph Stand* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event, on the ground that there is no evidence that the conduct of the defendant in reducing the number of shares available for sale resulted to the plaintiff's damage; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.